MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
MAYA RODRIGUEZ SORENSEN (State Bar No. 250722)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile: (510) 452-5510

Attorneys for Plaintiff
CHRISTINA PAULINE LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIAH MURRIETTA-GOLDING, Deceased, THROUGH HIS SUCCESSOR IN INTEREST CHRISTINA PAULINE LOPEZ; and CHRISTINE PAULINE LOPEZ, Individually, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF FRESNO, a public entity, CITY OF FRESNO POLICE CHIEF JERRY DYER, SERGEANT RAY VILLALVAZO, individually, and DOES 3 through 10, Jointly and Severally, <br><br> Defendants. | No: 1:18-cv-00314-AWI-SKO <br><br> **STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** <br><br> (Doc. 33) |
| ISIAH MURRIETTA-GOLDING, Deceased, THROUGH HIS SUCCESSOR IN INTEREST ANTHONY GOLDING; and ANTHONY GOLDING, Individually, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF FRESNO, et al. <br><br> Defendants | **Consolidated Case** <br><br> No: 1:18-cv-00332-AWI-SKO |

All parties, by and through their counsel of record, stipulate and hereby move this court to modify its June 21, 2018, Scheduling Order (Doc. 22) to extend discovery and pretrial deadlines by approximately four months. The parties propose the following amended dates and deadlines (or as soon thereafter that the Court is available):

| Event | Current date | Proposed Date or Deadline |
|---|---|---|
| Fact Discovery Cut-off | October 7, 2019 | March 2, 2020 |
| Expert Disclosures Deadline | October 28, 2019 | February 17, 2020 |
| Rebuttal Expert Disclosures Deadline | November 15, 2019 | March 2, 2020 |
| Expert Discovery Cut-off | December 10, 2019 | April 3, 2020 |
| Non-Dispositive Motions filing deadline | December 16, 2019 | April 20, 2020 |
| Non-Dispositive Motions hearing deadline | January 15, 2020 | May 20, 2020 |
| Dispositive Motion filing deadline | January 20, 2020 | May 25, 2020 |
| Dispositive Motion hearing deadline | March 2, 2020 | July 6, 2020 |
| Settlement Conference | December 3, 2019 | UNCHANGED |
| Pre-Trial Conference | April 20, 2020 | September 1, 2020 |
| Trial | June 23, 2020 | October 27, 2020 |

Good cause exists to grant the requested modification:

1. This is a civil rights/wrongful death case involving the shooting death of a 16-year-old boy against Defendant Sgt. Villalvazo, *Monell* and supervisory liability claims against the City of Fresno and its police chief, and related state law claims.

2. The parties so far have exchanged extensive written discovery and taken the depositions of both Plaintiffs, Defendant Sgt. Villalvazo, and Fresno Police Sergeant Hoagland on August 27 and 28, 2019.

3. The parties have agreed that the discovery completed so far has adequately prepared them for an early mediation. However, the parties are mindful of the overcrowded Eastern District of California docket and the demands placed on Eastern District magistrate judges. To ease some of those constraints and to facilitate a full day, robust settlement discussion, the parties believe that this case is best suited to be resolved in private mediation.

4. To conserve the time and resources of the parties, the parties have agreed to postpone the completion of discovery until after the mediation. If ADR efforts are unsuccessful, Plaintiff's counsel anticipates needing to take additional depositions of FPD officers present during the incident, VPD personnel involved in related investigations and events before and after the incident, including Rule 30(b)(6) witnesses, and the police chief. The parties may also depose medical personnel who were at the scene and Decedent's treating physicians.

5. Additionally, while counsel for all parties are working cooperatively on discovery, it has been difficult to find dates when counsel for all three sets of parties are available for depositions in Fresno. Additional time for discovery would facilitate scheduling remaining discovery in an efficient and productive manner.

6. The proposed modifications will allow the Parties to accommodate the schedules of all parties and deponents and to complete the numerous depositions contemplated without the time constraints under the present scheduling order. The proposed modifications will also avoid incurring possibly unnecessary attorneys' fees and costs that completing discovery by the current deadline would require.

For the foregoing reasons, the Parties respectfully request that this Court enter an order extending the briefing schedule in this case as set forth above.

IT IS SO STIPULATED

DATED:  September 6, 2019        HADDAD & SHERWIN LLP

                                 */s/ Teresa Allen*
                                 ────────────────────────────
                                 TERESA ALLEN
                                 Attorneys for Plaintiff Christina Pauline Lopez

DATED: September 6, 2019         STUART R. CHANDLER APC

                                 */s/ Stuart R. Chandler*
                                 ────────────────────────────
                                 STUART R. CHANDLER
                                 Attorneys for Plaintiff Anthony Golding

DATED: September 6, 2019         FERGUSON, PRAET & SHERMAN, APC

                                 */s/ Bruce D. Praet*
                                 ────────────────────────────
                                 BRUCE D. PRAET
                                 Attorneys for Defendants

# **ORDER**

Based on the parties' above stipulation (Doc. 33), and with good cause appearing therefor,

IT IS HEREBY ORDERED that the previous Scheduling Order entered on June 21, 2018 (Doc. 22) is hereby modified, and that the following dates are set:

| Event | New Date or Deadline |
|---|---|
| Fact Discovery Cut-off | March 2, 2020 |
| Expert Disclosures Deadline | February 17, 2020 |
| Rebuttal Expert Disclosures Deadline | March 2, 2020 |
| Expert Discovery Cut-off | April 3, 2020 |
| Non-Dispositive Motions filing deadline | April 20, 2020 |
| Non-Dispositive Motions hearing deadline | May 20, 2020 |
| Dispositive Motion filing deadline | May 26, 2020[1] |
| Dispositive Motion hearing deadline | July 6, 2020 |
| Settlement Conference | December 3, 2019 (unchanged) |
| Pre-Trial Conference | September 2, 2020[2] |
| Trial | October 27, 2020 |

All other dates and aspects of the June 21, 2018 scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated: __**September 11, 2019**__          /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Adjusted for the Memorial Day federal holiday.

[2] Adjusted to comport with Judge Ishii's pretrial conference calendar.