MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
MAYA RODRIGUEZ SORENSEN (State Bar No. 250722)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:   (510) 452-5500
Facsimile:    (510) 452-5510

Attorneys for Plaintiff Christina Pauline Lopez

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISIAH MURRIETTA-GOLDING, Deceased, THROUGH HIS SUCCESSOR IN INTEREST CHRISTINA PAULINE LOPEZ; and CHRISTINA PAULINE LOPEZ, Individually,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, a public entity, CITY OF FRESNO POLICE CHIEF JERRY DYER, SERGEANT RAY VILLALVAZO, individually, and DOES 3 through 10, Jointly and Severally,<br><br>    Defendants. | No: 1:18-cv-00314-AWI-SKO<br><br>**PLAINTIFF CHRISTINA LOPEZ'S NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**<br><br>Date: December 3, 2019<br>Time: 10:00 a.m.<br>Location: Courtroom 7, 6th Floor<br><br>Honorable Sheila K. Oberto |
| ISIAH MURRIETTA-GOLDING, Deceased, THROUGH HIS SUCCESSOR IN INTEREST ANTHONY GOLDING; and ANTHONY GOLDING, Individually,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, et al.<br><br>    Defendants | **Consolidated with:**<br><br>No: 1:18-cv-00332-AWI-SKO |

Plaintiff Christina Lopez, by and through her attorneys, Haddad and Sherwin LLP, hereby gives notice that she has submitted her confidential settlement conference statement by email to the Honorable Sheila K. Oberto.

DATED: November 19, 2019				HADDAD & SHERWIN LLP

						 */s/ Teresa Allen*
						TERESA ALLEN
						Attorneys for Plaintiff Christina Lopez

No. 1:18-cv-00314-AWI-SKO:  NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT