# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIAH MURRIETTA-GOLDING, et al., | Case No. 1:18-cv-00314-AWI-SKO |
| Plaintiffs, | **ORDER GRANTING THE PARTIES' STIPULATED REQUEST** |
| v. | **ORDER MODIFYING SCHEDULING ORDER** |
| CITY OF FRESNO, et al., | (Doc. 46) |
| Defendants. | |

# ORDER

On January 31, 2020, the parties filed a stipulation requesting to continue the expert disclosures deadline from February 17, 2020 to March 3, 2020; the rebuttal expert disclosures deadline from March 3, 2020 to March 16, 2020; and the expert discovery deadline from April 3, 2020 to June 3, 2020. (Doc. 46.) The parties do not request to extend any other deadlines. The parties represent that Defendants will be filing a motion for summary judgment by March 3, 2020, and the requested extensions will allow the parties to "adequately address the issues raised on summary judgment and potentially minimize costs and effort associated with expert disclosures and discovery[.]" (*Id.* at 2.)

For good cause shown, the Court GRANTS the parties' request. Accordingly, IT IS ORDERED:

1. The expert disclosures deadline is CONTINUED to March 3, 2020;
2. The rebuttal expert disclosures deadline is CONTINUED to March 16, 2020;
3. The expert discovery deadline is CONTINUED to June 3, 2020; and
4. All other dates and deadlines remain unchanged.

IT IS SO ORDERED.

Dated: **January 31, 2020**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE