```
 1 │ Bruce D. Praet SBN 119430
   │ FERGUSON, PRAET & SHERMAN
 2 │ A Professional Corporation
   │ 1631 East 18th Street
 3 │ Santa Ana, California  92705-7101
   │ (714) 953-5300 telephone
 4 │ (714) 953-1143 facsimile
   │ bpraet@aol.com
 5 │
   │ Attorneys for Defendants
 6 │
 7 │
 8 │            UNITED STATES DISTRICT COURT
 9 │            EASTERN DISTRICT OF CALIFORNIA
10 │
11 │ ISIAH MURRIETTA-GOLDING,        )  NO.  1:18-CV-00314 AWI SKO
   │ Deceased, THROUGH HIS           )
12 │ SUCCESSOR IN INTEREST           )  [Consolidated Case
   │ ANTHONY GOLDING; and ANTHONY    )  No. 1:18-cv-00332 AWI SKO]
13 │ GOLDING, individually,          )
   │                                 )  DECLARATION OF BRUCE D.
14 │           Plaintiff,            )  PRAET IN SUPPORT OF
   │                                 )  DEFENDANTS' MOTION FOR
15 │ v.                              )  SUMMARY JUDGMENT
   │                                 )
16 │ CITY OF FRESNO, a public entity,)  [Filed Concurrently with Notice of
   │ JERRY DYER, RAY VILLALVAZO,     )  Motion and Motion for Summary
17 │ and DOES 1 through 10, Individually,) Judgment; Joint Statement of
   │ Jointly and Severally,          )  Undisputed Facts; Notice of
18 │                                 )  Manual Lodging of Exhibits "1",
   │           Defendants.           )  "4" and "8", Video Recordings;
19 │ _____)  Proposed Order]
20 │                                    DATE: May 11, 2020
   │                                    TIME:  1:30 p.m.
21 │                                    CTRM: 2
22 │            DECLARATION OF BRUCE D. PRAET
23 │      I, Bruce D. Praet, declare and say:
24 │      1. That I am the attorney of record for Defendants in this action and that I
25 │ am duly licensed to practice before this and all other courts in the state of
26 │ California.  Except where expressly stated to the contrary, I make this declaration
27 │ from personal knowledge and, if called as a witness, I would testify in conformity
28 │ with this declaration.
```

2. Attached hereto are true and correct copies of the cited documents and deposition excerpts referenced in support of Defendants' Motion for Summary Judgment and accompanying Separate Moving Statement of Undisputed Material Facts:

A. Manually filed/lodged under separate cover as Exhibit "1" is a true and correct slow-motion copy of a video recording by a surveillance camera at the day care center.

B. Attached hereto as Exhibit "2" is a true and correct copy of the search warrant affidavit.

C. Attached hereto as Exhibit "3", is a true and correct copy of a photo of murder victim, Euginio Ybarra.

D. Manually filed/lodged under separate cover as Exhibit "4" is a true and correct copy of the smokeshop surveillance video.

E. Attached hereto as Exhibit "5" is a true and correct copy a still frame from an outdoor surveillance video.

F. Attached hereto as Exhibit "6", are true and correct copies of excerpts from the deposition of Ray Villalvazo taken August 27, 2019.

G. Attached hereto as Exhibit "7", is a true and correct copy of the Briefing Package.

H. Manually filed/lodged under separate cover as Exhibit "8" is a true and correct copy of the video recording of the car stop.

I. Attached hereto as Exhibit "9", are true and correct copies of excerpts from the deposition of Mark Anthony Yee taken Tuesday, February 4, 2020.

J. Attached hereto as Exhibit "10", are true and correct copies of excerpts from the deposition of Justin Hoagland taken Tuesday, August 27, 2019.

1      K.     Attached hereto as Exhibit "11", are true and correct copies of excerpts from the deposition of Frederick Williams taken Wednesday, February 5, 2020.

    I attest that the evidence cited herein fairly and accurately supports or disputes the facts as presented in Defendants' Motion for Summary Judgment filed on April 13, 2020.

                              /s/ Bruce D. Praet
                              Bruce D. Praet
                              Declarant