# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIAH MURRIETTA-GOLDING, deceased though his successor in interest Anthony Golding, et al.,<br><br>Plaintiffs<br><br>v.<br><br>CITY OF FRESNO, et al.,<br><br>Defendants | CASE No. 1:18-CV-0314 AWI SKO<br><br>ORDER APPROVING STIPULATION, VACATING MAY 11, 2020 HEARING DATE, AND RESETTING HEARING TO JUNE 1, 2020 |

On April 20, 2020, the parties filed a stipulation to continue the hearing on Defendants' motion for summary judgment, including a new briefing schedule. See Doc. No. 50. Due to a change in defense counsel, the parties request a new hearing date of June 1, 2020, a new opposition date of May 4, 2020, and a new reply date of May 18, 2020. See id. After consideration, the Court will give effect to the stipulation.

Additionally, the Court notes that the parties continue to reference Case No. 1:18-cv-332 AWI SKO ("the 332 Case"). As the order in the 332 Case stated, the 332 Case was consolidated and merged with this case for all purposes and then closed. See Doc. No. 10 in Case No. 1:18-cv-332 AWI SKO. That order instructed the parties to use case number 1:18-cv-314 AWI SKO for all further filings. See id. The parties' continued reference to the 332 Case is unnecessary, references a closed action, and causes some administrative disruption. For future filings, the parties will simply use and references Case No. 1:18-cv-314 AWI SKO.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The May 11, 2020, hearing date on Defendants' motion for summary judgment is VACATED;
2. Hearing on the motion for summary judgment is RESET to June 1, 2020 at 1:30 p.m.;
3. Plaintiffs' opposition to the summary judgment motion is due by May 4, 2020;
4. Defendants' reply to the summary judgment motion is due by May 18, 2020;
5. The parties shall stop referencing Case No. 1:18-cv-0332 AWI SKO in the caption of filings and only reference the case number for this case, 1:18-cv-0314 AWI SKO, on all future filings.

IT IS SO ORDERED.

Dated:   April 22, 2020                                   _____
                                                        SENIOR DISTRICT JUDGE