# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIAH MURRIETTA-GOLDING, et al., | Case No. 1:18-cv-00314-AWI-SKO |
| Plaintiffs, | **ORDER GRANTING THE PARTIES' STIPULATED REQUEST** |
| v. | **ORDER EXTENDING EXPERT DISCOVERY DEADLINE** |
| CITY OF FRESNO, et al., | (Doc. 55) |
| Defendants. | |

## ORDER

On April 29, 2020, the parties filed a stipulation requesting to continue the expert discovery deadline from June 3, 2020, to July 8, 2020, due to delays caused by the coronavirus (COVID-19) pandemic. (*See* Doc. 55.) The parties do not request to extend the May 26, 2020, dispositive motion filing deadline,[1] the pretrial conference date of September 1, 2020, or the trial date of October 27, 2020. (*Id.* at 3.)

For good cause shown, the Court GRANTS the parties' request. Accordingly, IT IS ORDERED that the expert discovery deadline is extended to July 8, 2020. All other dates and deadlines remain unchanged.

---

[1] The parties are advised that, as with their previous stipulation, (Doc. 46, 47), the requested extension of the expert discovery deadline will be later than the dispositive motions deadline. If the parties intend to seek an extension of the dispositive motion deadline or any remaining deadlines, they must do so by separate stipulation or motion supported by good cause.

IT IS SO ORDERED.

Dated:  **May 1, 2020**                         /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE