Mildred K. O'Linn (State Bar No. 159055)
  *mko@manningllp.com*
Tony M. Sain (State Bar No. 251626)
  *tms@manningllp.com*
Lynn L. Carpenter (State Bar No. 310001)
  *llc@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants,
CITY OF FRESNO, JERRY DYER AND RAY VILLALVAZO

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ISIAH MURRIETTA-GOLDING, Deceased, THROUGH HIS SUCCESSOR IN INTEREST CHRISTINA PAULINE LOPEZ; and CHRISTINA PAULINE LOPEZ, Individually,,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, a public entity, CITY OF FRESNO POLICE CHIEF JERRY DYER, SERGEANT RAY VILLALVAZO, individually, and DOES 3 through 10, Jointly and Severally,<br><br>Defendants.<br><br>ISIAH MURRIETTA-GOLDING, Deceased, THROUGH HIS SUCCESSOR IN INTEREST ANTHONY GOLDING; and ANTHONY GOLDING, Individually,<br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, et al.,<br><br>Defendants. | Case No. 1:18-cv-00314-AWI-SKO<br>[*Anthony W. Ishii, District Judge; Sheila K. Oberto, Magistrate Judge*]<br><br>**STIPULATION AND ORDER TO WITHDRAW PLAINTIFF LOPEZ'S MOTION FOR PROTECTIVE ORDER AS MOOT AND VACATE HEARING DATE**<br><br>(Docs, 66, 71)<br>MPO Hearing:        07/22/2020<br>Trial Date:              10/27/2020 |

1                                                                                             Case No. 1:18-cv-00332-AWI-SKO
**STIPULATION AND ORDER TO WITHDRAW MPO AS MOOT AND VACATE HEARING DATE**

Plaintiff ISIAH MURRIETTA-GOLDING through his Successor in Interest CHRISTINA PAULINE LOPEZ, and CHRISTINA PAULINE LOPEZ individually and Defendant CITY OF FRESNO ("City") hereby stipulate and respectfully request that Plaintiff Lopez's Motion for Protective Order be withdrawn as moot and that the Court's hearing date on plaintiff's motion be vacated based on the foregoing good cause.

**STATEMENT OF GOOD CAUSE TO WITHDRAW PLAINTIFF'S MPO AND VACATE HEARING DATE.**

1. On June 2, 2020, defendant-petitioner City of Fresno filed its petition with the Fresno Superior Court – Juvenile Delinquency Division for the disclosure of Israel Murrietta's juvenile case file records. On June 12, 2020, the City filed its motion-request related to the June 2, 2020, petition.

2. On June 26, 2020, plaintiff Christina Lopez filed her Motion for Protective Order related to defendant City's petition, requesting an order from the U.S. District Court to prevent disclosure of the juvenile records [*see* Doc. 66.] Additionally, plaintiff Lopez requested an order shortening time for defendants to file their opposition to the Motion for Protective Order and for the Court to hear the motion.

3. On June 30, 2020, the Court issued an order denying plaintiff's ex parte request for an order shortening time, and setting plaintiff Lopez's Motion for Protective Order for hearing on July 22, 2020, at 9:30 a.m. [Doc. 70.] The Court further ordered the parties to file their Joint Statement re Discovery Disagreement pursuant to the Eastern District of California Local Rules by July 15, 2020.

4. On June 24, 2020, the Fresno Superior Court – Juvenile Delinquency Court issued an order denying defendant City's petition requesting the release of Israel Murrietta's juvenile records [*see* FSC Case no. 17CEJ600233, JV-573 Order on Request for Disclosure of Juvenile Case File.] On July 7, 2020, counsel for the City received mail notice from the Superior Court clerk regarding the Juvenile Court's

order.

5.     On July 8, 2020, the following day, counsel for the City informed counsel for plaintiff Lopez of the Court's ruling.

6.     Because the Juvenile Court's order ultimately precludes release of the requested juvenile records – the subject of plaintiff Lopez's Motion for Protective Order, the parties are in agreement that good cause exists for plaintiff Lopez's Motion for Protective Order to be withdrawn as moot, and for the associated July 22, 2020, hearing date for plaintiff's motion to be vacated.

**STIPULATION TO WITHDRAW PLAINTIFF LOPEZ's MOTION FOR PROTECTIVE ORDER AS MOOT AND VACATE HEARING DATE**

7.     Based on the foregoing good cause, plaintiff Lopez and the City respectfully request that plaintiff Lopez's Motion for Protective Order be withdrawn as moot, and that the July 22, 2020, hearing date on plaintiff's motion be vacated.

8.     This Stipulation may be signed in counterpart and a facsimile or electronic signature shall be as valid as an original signature.

**IT IS SO STIPULATED**.

DATED: July 10, 2020               **MANNING & KASS**
                                   **ELLROD, RAMIREZ, TRESTER LLP**


By:     /s/ *Midred K. O'Linn*
        Mildred K. O'Linn, Esq.
        Tony M. Sain, Esq.
        Lynn L. Carpenter, Esq.
        Attorneys for Defendants,
        CITY OF FRESNO, JERRY DYER, AND
        RAY VILLALVAZO

DATED: July 10, 2020                **HADDAD & SHERWIN LLP**

By: _____*/s/ Julia Sherwin*_____

Julia Sherwin
Attorney for Plaintiffs, ISIAH MURRIETTA-GOLDING, by and through his successor in interest CHRISTINA PAULINE LOPEZ, and CHRISTINA PAULINE LOPEZ individually

## **ORDER**

Pursuant to the above-stipulation of the parties (Doc. 71) and for good cause, Plaintiff Christina Lopez's Motion for Protective Order (Doc. 66) is WITHDRAWN as MOOT, and the hearing on the Motion, set for July 22, 2020, is hereby VACATED.

IT IS SO ORDERED.

Dated:   **July 13, 2020**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE