Mildred K. O'Linn (State Bar No. 159055)
  *mko@manningllp.com*
Tony M. Sain (State Bar No. 251626)
  *tms@manningllp.com*
Lynn L. Carpenter (State Bar No. 310001)
  *llc@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants,
CITY OF FRESNO, JERRY DYER AND RAY VILLALVAZO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ISIAH MURRIETTA-GOLDING, Deceased, THROUGH HIS SUCCESSOR IN INTEREST CHRISTINA PAULINE LOPEZ; and CHRISTINA PAULINE LOPEZ, Individually,, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF FRESNO, a public entity, CITY OF FRESNO POLICE CHIEF JERRY DYER, SERGEANT RAY VILLALVAZO, individually, and DOES 3 through 10, Jointly and Severally,, <br><br> Defendants. <br><br> ISIAH MURRIETTA-GOLDING, Deceased, THROUGH HIS SUCCESSOR IN INTEREST ANTHONY GOLDING; and ANTHONY GOLDING, Individually,, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF FRESNO, et al., <br><br> Defendants. | Case No. 1:18-cv-00314-AWI-SKO <br> [*Anthony W. Ishii, District Judge; Sheila K. Oberto, Magistrate Judge*] <br><br> **STIPULATION AND ORDER CONTINUING PRETRIAL CONFERENCE AND TRIAL DATE** <br><br> [Proposed Order Filed Concurrently] <br><br> (Doc. 75) <br><br> Complaint Filed:   03/07/2018 <br> Trial Date:   10/27/2020 |

1
**STIPULATION & ORDER CONTINUING PTC & TRIAL DATE**

Plaintiffs ISIAH MURRIETTA-GOLDING through his Successors in Interest CHRISTINA PAULINE LOPEZ and ANTHONY GOLDING, CHRISTINA PAULINE LOPEZ individually, and ANTHONY GOLDING individually ("Plaintiffs"), and Defendants CITY OF FRESNO, JERRY DYER, and SGT. RAY VILLALVAZO ("Defendants") hereby stipulate and respectfully request that the Court reset and modify the case management schedule and operative remaining deadlines for the following good cause.

**STATEMENT OF GOOD CAUSE RE CONTINUANCE OF FINAL PRETRIAL CONFERENCE AND TRIAL DATE.**

1. On August 5, 2020, United States Magistrate Judge Sheila Oberto held a pre-settlement conference teleconference with counsel for the parties in this matter. At that time, given certain impediments to conducting a meaningful settlement conference at this time (which shall remain confidential), and since defendants' motion for summary judgment is still pending, the Court determined that it would be unproductive to proceed with the previously-scheduled August 19, 2020, settlement conference.

2. The Court also addressed that due to the continuing logistical/scheduling issues presented by the ongoing COVID-19 pandemic, the likelihood that the October 27, 2020, trial date would proceed as currently scheduled was greatly diminished.

3. Because of the foregoing issues, and to allow additional time for the impediments to a productive settlement conference to be resolved, the parties agree that good cause exists for a continuance of the Court's settlement conference, pretrial conference, and trial date in this matter.

4. Additionally, plaintiffs' counsel and the City's counsel previously agreed that as to plaintiff Lopez's depositions of the City's Rule 30(b)(6) "PMK" deposition, and Officer G. Gutierrez, these depositions could proceed after the March 2, 2020, deadline for completion of non-expert discovery. As to these depositions, in view of the continuing pandemic and related travel restrictions, the parties further agree that

good cause exists for these depositions to now proceed on or before November 30, 2020.

**STIPULATION FOR CONTINUANCE OF THE SCHEDULING ORDER AND CASE MANAGEMENT DEADLINES.**

5.   Therefore, based upon the foregoing good cause, the parties stipulate and jointly request that the Court continue the deadlines for plaintiffs' depositions of the City's PMK and Officer Gutierrez, the settlement conference, final pretrial conference, and trial date as follows:

| *Case Management Event:* | *Prior-Operative Date-Deadline:* | *NEW Date-Deadline:* |
|---|---|---|
| Non-expert Discovery Cut-Off – Last Day to Complete Pltfs' Depositions of City's PMK & Ofcr. Gutierrez | March 2, 2020 | **November 30, 2020** |
| Settlement Conference | August 19, 2020 | **January 20, 2021** |
| Final Pre-Trial Conference | September 1, 2020 | **February 2, 2021** |
| TRIAL | October 27, 2020 at 8:30 a.m. | **March 30, 2021 at 8:30 a.m.** |

6.   Except as specified herein above, all other dates and deadlines operative as of the Court's scheduling orders [*e.g.*, Dkt. 22, 34, 43, 47, and 51 ] shall remain <u>unchanged</u> and unaffected by the parties' stipulation.

//

//

7. This Stipulation may be signed in counterpart and a facsimile or electronic signature shall be as valid as an original signature.

**IT IS SO STIPULATED**.

DATED:  August 12, 2020         **MANNING & KASS**
                                **ELLROD, RAMIREZ, TRESTER LLP**


By:      /s/ *Mildred K. O'Linn*
         Mildred K. O'Linn, Esq.
         Tony M. Sain, Esq.
         Lynn L. Carpenter, Esq.
         Attorneys for Defendants,
         CITY OF FRESNO, JERRY DYER, AND RAY VILLALVAZO

| | | |
|---|---|---|
| 1 | DATED:  August 12, 2020 | **STUART R. CHANDLER APC** |
| 2 | | |
| 3 | | By:    /s/ *Stuart Chandler* |
| 4 | |        Stuart R. Chandler, Esq. |
| 5 | |        Attorney for Plaintiffs, ISIAH MURRIETTA-GOLDING, by and through his successor in interest ANTHONY GOLDING, and ANTHONY GOLDING individually |
| 9 | DATED:  August 12, 2020 | **HADDAD & SHERWIN, LLP** |
| 11 | | By:    /s/ *Michael J. Haddad* |
| 12 | |        Michael J. Haddad, Esq. |
| 13 | |        Julia Sherwin, Esq. |
| 14 | |        Teresa D. Allen, Esq. |
| 15 | |        Attorneys for Plaintiffs, ISIAH MURRIETTA-GOLDING, by and through his successor in interest CHRISTINA PAULINE LOPEZ, and CHRISTINA PAULINE LOPEZ individually |

Pursuant to the above-stipulation of the parties (Doc. 75) and for good cause shown, the schedule in this case (Docs. 34, 65) is MODIFIED, *with dates adjusted to comport with the Court's calendar*, as follows:

| *Case Management Event:* | *Prior-Operative Date-Deadline:* | *NEW Date-Deadline:* |
|---|---|---|
| Non-expert Discovery Cut-Off – Last Day to Complete Pltfs' Depositions of City's PMK & Ofcr. Gutierrez | March 2, 2020 | **November 30, 2020** |
| Settlement Conference | August 19, 2020 | **January 21, 2021 at 10:30 a.m.** |
| Final Pre-Trial Conference | September 2, 2020 | **February 3, 2021 at 10:00 a.m.** |
| TRIAL | October 27, 2020 at 8:30 a.m. | **March 30, 2021 at 8:30 a.m.** |

IT IS SO ORDERED.

Dated:   **August 14, 2020**                                /s/ *Sheila K. Oberto*
                                                           UNITED STATES MAGISTRATE JUDGE