MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California  94612
Telephone: (510) 452-5500
Facsimile:  (510) 452-5510

Attorneys for Plaintiff
Christina Pauline Lopez

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISIAH MURRIETTA-GOLDING, Deceased, THROUGH HIS SUCCESSOR IN INTEREST CHRISTINA PAULINE LOPEZ; and CHRISTINA PAULINE LOPEZ, Individually, et al.<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, a public entity, CITY OF FRESNO POLICE CHIEF JERRY DYER, SERGEANT RAY VILLALVAZO, individually, and DOES 3 through 10, Jointly and Severally,<br><br>    Defendants. | No: 1:18-cv-00314-AWI-SKO<br><br>**STIPULATION AND [PROPOSED] ORDER SHORTENING TIME FOR (1) PLAINTIFF LOPEZ'S MOTION TO CERTIFY APPEAL AS FRIVOLOUS AND (2) DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF INTERLOCUTORY APPEAL**<br><br>Honorable Judge Anthony W. Ishii |

All parties, by and through their counsel of record, hereby stipulate to the following:

1. On October 15, 2020, this Court denied Defendants' motion for summary judgment where Defendant Sergeant Ray Villalvazo asserted qualified immunity. (Doc. 77). On October 20, 2020, Defendants filed a Notice of Appeal challenging the Court's ruling denying qualified immunity to Sgt. Villalvazo.

2. A settlement conference with Judge Oberto is scheduled for January 21, 2021. The pretrial conference is scheduled for February 3, 2021. Trial is scheduled for March 30, 2021.

3. Plaintiff Lopez intends to file a motion to certify Defendants' interlocutory appeal as frivolous based on the Court's findings of factual disputes. Defendants will be opposing this motion. Defendants intend to file a motion to stay the remaining proceedings that are not the subject of the appeal pending the resolution of the interlocutory appeal. Plaintiff Lopez will be opposing this motion.

4. The parties believe it is in the best interest of all involved to have these motions decided on the following shortened briefing schedule:

- Both motions filed by: November 12, 2020
- Oppositions due by: November 20, 2020
- Replies due by: November 24, 2020
- The parties defer to the Court as to whether a hearing is needed.

5. Good cause exists to shorten the briefing schedule to allow for a swift resolution of these issues prior to the upcoming pre-trial deadlines in early 2021.

IT IS SO STIPULATED.

DATED:  November 11, 2020         HADDAD & SHERWIN LLP


                                  */s/ Michael J. Haddad*
                                  ─────────────────────

                                  MICHAEL J. HADDAD
                                  Attorneys for Plaintiff Lopez

DATED:  November 11, 2020         MANNING & KASS ELLROD, RAMIREZ,
                                  TRESTER LLP

                                  */s/ Scott Wm. Davenport*
                                  ─────────────────────

                                  SCOTT WM. DAVENPORT
                                  Attorney for Defendants


**ORDER**

IT IS SO ORDERED.

Dated:   November 12, 2020        ─────────────────────
                                  SENIOR  DISTRICT  JUDGE