MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile:   (510) 452-5510

Attorneys for Plaintiff
Christina Pauline Lopez

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISIAH MURRIETTA-GOLDING, Deceased, THROUGH HIS SUCCESSOR IN INTEREST CHRISTINA PAULINE LOPEZ; and CHRISTINA PAULINE LOPEZ, Individually, et al.,<br><br>          Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, a public entity, CITY OF FRESNO POLICE CHIEF JERRY DYER, SERGEANT RAY VILLALVAZO, individually, and DOES 3 through 10, Jointly and Severally,<br><br>          Defendants. | No: 1:18-cv-00314-AWI-SKO<br><br>**STIPULATION AND (PROPOSED) ORDER FOR PARTIAL DISMISSAL** |

All parties, by and through their respective counsel of record, hereby stipulate and agree to the partial dismissal of this case as follows:

1. All claims against former Fresno Chief of Police Jerry Dyer are hereby dismissed from this matter with prejudice, with all parties to bear their own costs and attorneys' fees incurred as a result of these claims;
2. Plaintiff's federal municipal liability (*Monell*) claim against the City of Fresno is hereby dismissed from this matter with prejudice, with all parties to bear their own costs and attorneys' fees incurred as a result of this claim.

Plaintiffs' state law claims against Defendant City of Fresno shall proceed.  All remaining claims against Defendant Villalvazo in this matter shall proceed.

This partial dismissal will save the parties' and Court's resources by eliminating the need for motion practice and/or pretrial preparation as to the agreed dismissed claims.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.


DATED:  November 13, 2020					HADDAD & SHERWIN LLP

							*/s/ Teresa Allen*
							—————————————
							TERESA ALLEN
							Attorneys for Plaintiff


DATED:  November 13, 2020					MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP

							*/s/ Scott WM. Davenport*
							—————————————
							SCOTT WM. DAVENPORT
							Attorney for Defendants

**(PROPOSED) ORDER**

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING,

IT IS SO ORDERED.

Dated:  November 13, 2020                                  _____

                                                                        SENIOR  DISTRICT  JUDGE